$ 007.37⁰ PITNEY BOWES
02 1P     AUG 06 2013
0004418695
MAILED FROM ZIP CODE 70130

**Via Certified Mail/R.R.R.**
**No. 7006 2760 0004 9160 6271**
National Railroad Passenger Corporation
Through the Louisiana Long Arm Statute
Eleanor D. Acheson, Corporate Secretary
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

**ROME, ARATA, BAXLEY & STELLY, L.L.C.**
ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

EXHIBIT
1

# ROME, ARATA, BAXLEY & STELLY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

August 5, 2013

C. PERRIN ROME, III ALSO ADMITTED IN D.C.
BLAKE G. ARATA, JR.
BRISTOL A. BAXLEY ALSO ADMITTED IN TX
W. CHAD STELLY ALSO ADMITTED IN MS

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL:
cstelly@romearata.com

**Via Certified Mail/R.R.R.**
**No. 7006 2760 0004 9160 6271**
National Railroad Passenger Corporation
Through the Louisiana Long Arm Statute
Eleanor D. Acheson, Corporate Secretary
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002



Re:  Eilene C. Morris v. National Railroad Passenger Corporation
     Civil District Court, Parish of Orleans, State of Louisiana
     Docket #: 2013-06923; Section "15-A"
     Our File No.: 508-2633

Dear Ms. Acheson:

Enclosed herewith please find a certified copy of the Citation and Petition for Damages, which we have filed in Civil District Court in Orleans Parish, Louisiana, on behalf of the plaintiff. Said Petition is served upon you pursuant to The Louisiana Long Arm Statute.

Pursuant to Perrin Rome's previous conversations with Mr. Randy Philp at Amtrak's Claims Department, our firm represents Ms. Eilene Morris in connection with the referenced matter.

With kind regards, I remain,

Very truly yours,

ROME, ARATA & BAXLEY, L.L.C.

W. CHAD STELLY

WCS/cm
Enclosures

NEW ORLEANS, LOUISIANA  •  HOUSTON, TEXAS
romearata.com

ATTORNEY'S NAME: Rome III, C 17774
AND ADDRESS:   Ste 2017 Poydras Center, 650 Poydras St
               New Orleans   LA 70130-6101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:  2013 – 06923    1    DIVISION: A                SECTION: 15

MORRIS, EILENE C. VERSUS NATIONAL RAILROAD PASSENGER CORPORATION

### CITATION - LONG ARM

TO: NATIONAL RAILROAD PASSENGER CORPORATION
THROUGH: VIA LOUISIANA LONG ARM STATUTE
THROUGH ITS CORPORATE SECRETARY: ELEANOR D. ACHESON

60 MASSACHUSETTS AVENUE, N.E.   DC  2002

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in te record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   July 24, 2013   .

Clerk's Office, Room 402, Civil Courts        DALE N. ATKINS, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by _____
                                                        Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On NATIONAL RAILROAD PASSENGER CORPORATION | On NATIONAL RAILROAD PASSENGER CORPORATION |
| THROUGH: VIA LOUISIANA LONG ARM STATUTE | THROUGH: VIA LOUISIANA LONG ARM STATUTE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ NATIONAL RAILROAD PASSENGER CORPORATION |
| Returned same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day _____ No. _____ Deputy Sheriff of _____ |
| _____/ ENTERED /_____ PAPER       RETURN ____/____/____ SERIAL NO.  DEPUTY  PARISH | |

ATTORNEY'S NAME: Rome III, C  17774
AND ADDRESS:    Ste 2017 Poydras Center, 650 Poydras St
                New Orleans    LA 70130-6101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:    2013 - 06923        1        DIVISION: A                    SECTION: 15

MORRIS, EILENE C. VERSUS NATIONAL RAILROAD PASSENGER CORPORATION

### CITATION - LONG ARM

TO: NATIONAL RAILROAD PASSENGER CORPORATION
    THROUGH: VIA LOUISIANA LONG ARM STATUTE
    THROUGH ITS CORPORATE SECRETARY: ELEANOR D. ACHESON

    60 MASSACHUSETTS AVENUE, N.E.    DC   2002

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in te record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    July 24, 2013    .

Clerk's Office, Room 402, Civil Courts         DALE N. ATKINS, Clerk of
421 Loyola Avenue                              The Civil District Court
New Orleans, LA                                for the Parish of Orleans
                                               State of LA
                                               by _____
                                                        Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR DAMAGES | FOR DAMAGES |
| On | On |
| NATIONAL RAILROAD PASSENGER CORPORATION | NATIONAL RAILROAD PASSENGER CORPORATION |
| THROUGH: VIA LOUISIANA LONG ARM STATUTE | THROUGH: VIA LOUISIANA LONG ARM STATUTE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| Returned same day | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ |
| No. _____ | NATIONAL RAILROAD PASSENGER CORPORATION |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | being absent from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned same day |
| PAPER         RETURN | No. _____ |
| ___/___/___ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

2013 JUL 24  A 11: 55

DOCKET NO.                                                                  DIVISION " "

CIVIL DISTRICT COURT

EILENE C. MORRIS

VERSUS

NATIONAL RAILROAD PASSENGER CORPORATION D/B/A "AMTRAK"

FILED: _____          _____
                                                        DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Eilene Morris, a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, and respectfully represents:

I.

Made Defendant herein is:

National Railroad Passenger Corporation (hereinafter referred to as "Amtrak"), a corporation and an interstate common carrier by railroad, chartered by Act of Congress and having more than fifty (50%) percent of its capital stock owned by the United States of America through the United States Department of Transportation and engaged in interstate commerce in several states including the State of Louisiana.

II.

On or about August 8, 2012, Plaintiff, Eilene C. Morris (hereinafter "Morris") was a passenger aboard Amtrak Train No. 59, traveling from Chicago, Illinois to New Orleans, Louisiana.

III.

Upon Train No. 59's arrival at the Amtrak Union Passenger Terminal in New Orleans, Louisiana at approximately 3:30 p.m. on August 8, 2012, the passengers began to exit the train.

IV.

Plaintiff Morris attempted to exit the train by stepping down onto a step-stool which had been placed and positioned by an Amtrak employee, without the presence of a handrail.

1

V.

As Plaintiff Morris exited the train, the Amtrak employee grabbed Plaintiff's right forearm in a half-hearted effort to assist Plaintiff onto the improperly positioned step-stool which was set on a very low platform. Plaintiff first stepped onto the step-stool with her right foot. As Plaintiff brought her left foot down onto the step-stool, the Amtrak employee abruptly released her right forearm, and Plaintiff's left foot fell off of the step-stool, causing Plaintiff to suddenly and without warning violently fall onto the concrete platform.

VI.

As a result of the impact of the violent fall, Plaintiff Morris sustained severe and disabling injuries to her entire body including, but not limited to her neck, left ankle, left knee, left hip and left shoulder, *inter alia*.

VII.

Plaintiff avers that the cause of the accident and resulting injuries and damages was the negligence of Defendant Amtrak, through its employees, agents, and/or representatives by way of the following nonexclusive list of particulars, to wit:

1. In that Defendant failed to provide its passengers reasonably safe means for detraining Amtrak Train No. 59 at the New Orleans Amtrak station on August 8, 2012;

2. In that Defendant failed to have a handrail available in the vestibule area for use by detraining passengers;

3. In that Defendant failed to provide a platform at the New Orleans Amtrak station that would have provided a step down with a distance similar to platforms at other Amtrak stations;

4. In that Defendant failed to provide a step-stool at the New Orleans Amtrak station that would have provided a step down with a distance similar to platforms at other Amtrak stations;

5. In that Defendant failed to raise the platform to a level that was safe for passengers detraining at the New Orleans Amtrak station;

6. In that Defendant failed to properly train its employees to place the step-stool in a reasonably safe position on the train platform for passengers exiting Amtrak Train No. 59 at the New Orleans Amtrak station;

7. In that Defendant failed to promulgate and/or implement reasonable policies and procedures to instruct its employees on the proper procedure in assisting passengers off of the train at the New Orleans Amtrak station;

8. In that Defendant failed to position its step-stool in a reasonably safe position for passengers detraining Amtrak Train No. 59 at the New Orleans Amtrak station on August 8, 2012;

9. In that Defendant failed to use a step-stool that was reasonably safe for passengers detraining Amtrak Train No. 59 at the New Orleans Amtrak station on August 8, 2012;

10. In that Defendant failed to use a step-stool that did not have a very smooth/slippery surface on to which passengers were required to step upon while detraining Amtrak Train No. 59 at the New Orleans Amtrak station on August 8, 2012;

11. In that Defendant failed to adequately test and/or inspect the train, platform, and/or step-stool for hazards involved with the de-training of passengers from Amtrak Train No. 59 at the New Orleans Amtrak station on August 8, 2012;

12. In that Defendant failed to provide an alternate exit policy and/or route for all passengers, and particularly elderly passengers, to utilize in order to avoid the risks associated with stepping down onto a low platform from the high vestibule landing while detraining Amtrak Train No. 59 at the New Orleans Amtrak station on August 8, 2012;

13. In that Defendant failed to exercise due care and caution commensurate with the surrounding circumstances; and

14. Any and all other acts and/or omissions of negligence that will be shown at the trial of this matter.

### VIII.

The aforelisted acts of negligence were committed by employees, agents, and/or representatives of Defendant Amtrak, while acting in the course and scope of their employment, thereby rendering Defendant Amtrak vicariously liable under the theory of *respondeat superior.*

DAMAGES

IX.

As a result of the accident, Plaintiff has suffered damages including, but not limited to the following:

1. Past, present, and future physical pain and suffering;
2. Past, present, and future severe mental anguish;
3. Past, present, and future medical expenses;
4. Past, present, and future lost wages and/or loss of earning capacity; and
5. Loss of enjoyment of life.

X.

At present, the amount in controversy in connection with the claims asserted by Plaintiff in the instant proceedings is less than $75,000.

**WHEREFORE**, Plaintiff, Eilene Morris, prays that Defendant, National Railroad Passenger Corporation d/b/a "Amtrak," be duly cited and served with the instant Petition for Damages and be made to answer same, and after all due proceedings had, there be judgment rendered herein in favor of Plaintiff and against Defendant, for any and all damages reasonable in the premises, together with legal interest thereon, attorney fees, court costs, and all general and equitable relief.

RESPECTFULLY SUBMITTED:

ROME, ARATA, BAXLEY & STELLY, LLC

BY: _____
C. PERRIN ROME, III, Bar No. 17774
BLAKE G. ARATA, JR. Bar No. 1697
W. CHAD STELLY Bar No. 21140
650 Poydras Street, Suite 2017
New Orleans, LA 70130
(504) 522-9980
(504) 522-9971 - Fax

**Counsel for Plaintiff,**
**Eilene C. Morris**

PLEASE SERVE:
VIA THE "LOUISIANA LONG ARM STATUTE"
**National Railroad Passenger Corporation**
Through its Corporate Secretary
Eleanor D. Acheson
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

4