UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EILENE MORRIS | CIVIL ACTION |
| VERSUS | NO. 13-5574 |
| NATIONAL RAILROAD PASSENGER CORP. | SECTION "L"(2) |

## ORDER

The Court has been advised that all of the parties to the above-captioned action have firmly agreed upon a compromise.

**IT IS ORDERED** that the action be and it is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. *Counsel are reminded* that if witnesses have been subpoenaed, *every witness* must be notified by counsel not to appear.

New Orleans, Louisiana, this 12th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE